UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL DOUGLAS JOHNSON,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | 4:16-CV-4090-KES<br><br>JUDGMENT |

Pursuant to the Memorandum Opinion and Order Denying Petition for Writ of Habeas Corpus, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of respondent and against petitioner, Michael Douglas Johnson.

Dated August 18, 2016.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE